```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04252
    DORIAN A PRINCIPAL
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4247


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/25/08 .

    2.  The case was dismissed without confirmation, 05/02/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
TWG FUNDING                CURRENT MORTG         .00            .00            .00
TWG FUNDING                MORTGAGE ARRE    NOT FILED           .00            .00
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00            .00            .00
HSBC CREDIT SERVICES       UNSECURED        NOT FILED           .00            .00
HSBC CREDIT SERVICES       UNSECURED        NOT FILED           .00            .00
HSBC CREDIT SERVICES       UNSECURED        NOT FILED           .00            .00
WACHOVIA BANK              CURRENT MORTG         .00            .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00          .00          .00
PRINCIPAL PAID        .00        .00         .00          .00          .00
INTEREST PAID         .00        .00         .00          .00          .00
TOTAL PAID            .00        .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $     .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 08/20/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
    CASE NO. 08 B 04252 DORIAN A PRINCIPAL
```